LOUISE ZUCKER, as Administratrix of the Estate of
SIMON ZUCKER, Deceased, Appellant, *v.* FREDERICK
W. WHITRIDGE, as Receiver of the THIRD AVENUE
RAILROAD COMPANY, Respondent.

*Zucker* v. *Whitridge*, 172 App. Div. 903, affirmed.
(Argued March 26, 1918; decided April 23, 1918.)

APPEAL, by permission, from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered January 21, 1916, affirming
a judgment in favor of defendant entered upon an order
of the court at a Trial Term setting aside a verdict in
favor of plaintiff and directing judgment for defendant
in an action to recover for the death of plaintiff's intestate
alleged to have been occasioned through the negligence
of defendant. The intestate while crossing Third
avenue in the city of New York was struck by one of
defendant's cars and received injuries resulting in his
death. The defense was contributory negligence. (See
*Zucker* v. *Whitridge*, 205 N. Y. 50.)

*Julius Henry Cohen* and *Theodore B. Richter* for
appellant.

*Frederick J. Moses* and *Alfred T. Davison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.